HARVEY GREENFIELD, Respondent, v. NATIONAL EQUIPMENT RENTAL, LTD., et al., Appellants.

Concur — Steuer, J. P., Capozzoli, Tilzer, Rabin and McGivern, JJ.

PONCE DE LEON FEDERAL SAVINGS & LOAN ASSOCIATION, Appellant, v. MAX NEMEROFF et al., Respondents.

Concur — Steuer, J. P., Capozzoli, Tilzer, Rabin and McGivern, JJ.

JANE JACOBS et al., Appellants, v. CITY OF NEW YORK et al., Respondents, and NEW YORK UNIVERSITY, Intervenor-Respondent.

Concur — Eager, J. P., Steuer, Capozzoli and Rabin, JJ.

STOBELL PRINTING PLATES, INC., et al. v. WALDMAN ELECTROTYPE, INC., et al.

Concur — Eager, J. P., Tilzer, Rabin, McNally and Witmer, JJ.

MIRIAM LOWE v. EDWIN S. LOWE.—

Concur — Stevens, J. P., Eager, Capozzoli, Tilzer and Witmer, JJ.